UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                         Cr. No. 05-80701
                                           Honorable Lawrence P. Zatkoff

NIKOLE HENBURY,

        Defendant.

_____/

### ORDER EXTENDING REPORTING DATE

This matter having come before the Court upon the Stipulation of the parties;

**IT IS HEREBY ORDERED** that Defendant Nikole Henbury's reporting date to the Federal Bureau of Prisons be extended until March 24, 2006.

**SO ORDERED.**

                                                       s/Lawrence P. Zatkoff
                                                       Honorable Lawrence P. Zatkoff
                                                       United States District Judge

Date: March 15, 2006